IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RASHAD MUHAMMAD,**

    Plaintiff,

v.                                           Civil Action No. **3:07CV772**

**TIDEWATER SKANSKA, INC.,**

    Defendant.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)    The Report and Recommendation is ACCEPTED AND ADOPTED;

(2)    Plaintiff's claims are DISMISSED for failure to state a claim;

(3)    The action is DISMISSED; and,

(4)    The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Plaintiff may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiff.

And it is so ORDERED.

                                              /s/
                              James R. Spencer
                              Chief United States District Judge

Date: 2-3-09
Richmond, Virginia